UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KAVEH A/K/A "KEVIN" ANSARI<br><br>Plaintiff<br><br>-against-<br><br>1/0 CAPITAL, LLC, AVEX FUNDING CORPORATION, BETTER HOLDCO, INC., AVEX FUNDING CORPORATION d/b/a BETTER MORTGAGE INC. and THE PHOENIX GROUP ADIVSORS, INC.<br><br>Defendants. | Civil Action No. 1:16-cv-3494<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants, certifies that defendants 1/0 Capital, LLC, Avex Funding Corporation, and Better Holdco, Inc., do not have a parent corporation and that no publicly held corporation owns 10% or more of their stock.

                                                   Respectfully submitted,

                                                   /s/ David E. Strand
                                                   FISHER & PHILLIPS LLP
                                                   430 Mountain Avenue, Suite 303
                                                   Murray Hill, NJ  07974
                                                   Tel. (908) 516-1050
                                                   Fax (908) 516-1051
                                                   dstrand@fisherphillips.com
                                                   Attorney for Defendants 1/0 Capital, LLC, Avex Funding Corporation, and Better Holdco, Inc.

Dated:  June 14, 2016

## CERTIFICATION OF ELECTRONIC FILING AND SERVICE

DAVID E. STRAND, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New York and a partner with the law firm of Fisher & Phillips, counsel for Defendants 1/0 Capital, LLC, Avex Funding Corporation, and Better Holdco, Inc. in this matter. As such, I am familiar with the facts set forth herein.

2. On this date, on behalf of the Defendants, I electronically filed Defendants' Answer and Rule 7.1 Corporate Disclosure Statement and this Certification of Electronic Filing and Service.

3. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

        FISHER & PHILLIPS LLP
        Attorneys for Defendants

        By: /s/ David E. Strand
            DAVID E. STRAND
            For the Firm

Dated: June 14, 2016